CHRISTIE B. GARLASCO, Respondent, *v.* GILBERT M. SMITH et al., as Liquidating Trustees of MANHATTAN BRASS COMPANY, et al., Defendants, and WERTSHORE REALTY CORPORATION et al., Appellants.

Argued December 8, 1937; decided January 11, 1938.

*Myron Butler* and *Isidore Siegeltuch* for appellant.

*Samuel Robert Weltz* and *Benjamin M. Franklin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.; CRANE, Ch. J., and LEHMAN, J., dissent as to the personal judgment against defendant Paltrowitz.